### ROANE *et al. v.* THE STATE.

*Lumpkin, J.*—1. Where several persons, jointly indicted for an
offense which could be committed by one person alone, are tried
together, there may, if the evidence so authorizes, be a lawful
conviction of one or more of them without convicting all.

2. The evidence in this case warranted the verdict, and there was
no merit in the ground of the motion for a new trial relating to
newly discovered evidence.              *Judgment affirmed.*
May 13, 1895.

   Indictment for assault and battery.   Before Judge
Kimsey.   Rabun superior court.   February term, 1895.

   The indictment was against W. F. Roane and his sons
Alex. and Marvin.   Marvin was acquitted; the other two
found guilty.   They moved for a new trial on the grounds,
that the verdict was contrary to law and evidence; and that
the court erred in so instructing the jury, as to the form of
their verdict, that they could find one or two of the defend-
ants guilty without finding all guilty.   W. F. and Alex.
testified for each other, and Marvin testified for W. F. and
Alex.   There was also a ground of newly discovered evi-
dence.   According to the testimony of Moses L. Shirley,
he was going on the road to town, and when in the neigh-
borhood of Roane's house he stopped to fix his saddle, the

girth of which had broken.  While so engaged he heard
Alex. Roane say, "How're you," very insultingly.  He
looked up and saw Roane and Marvin.  Roane said, "Kill
him, God damn him; knock him down, God damn him";
and they began throwing rocks at Shirley.  Roane pulled
his pistol and began shooting at Shirley; shot three times
and threw his pistol, which went over Shirley's head, who
would have picked it up but they pushed him so he could
not.  He stooped down to pick up a rock, and Alex. hit him
on the head.  At last he drew his pistol and shot at them.
They followed him up the road about 150 yards, cursing
and abusing him.  They threw a half-bushel of rocks at
him.  He turned sick, and sat down on the side of the road
on top of a hill to rest.  They followed him and com-
menced on him again.  They had three skirmishes.  They
did not know he was coming that way.  He had had a
dram, but was not drunk; had stopped on the hill beyond
Roane's house with John Donalson and Al. Smith; went
right on from there to where the Roanes were waylaying
for him; did not know how they knew he was coming; sup-
poses Marvin saw him from the potato patch and went and
told them.  He was corroborated in certain particulars of
his testimony by John Donalson, Al. Smith, Mrs. Murray
and Mrs. Dickson.  The testimony for defendants tended
to show, that Shirley came by the place hollering and curs-
ing, and made the first assault and did the only shooting
that was done; that none of the Roanes had a pistol; that
Alex. hit Shirley with a rock while he was trying to shoot
W. F. Roane, etc.  It does not appear that Marvin took
active part in the difficulty, further than is indicated in the
testimony of Shirley.  The newly discovered evidence is
to the effect that Shirley talked with one Jones and left on
his mind the impression that the Roanes did not do any of
the shooting but that Shirley did it all himself, and that he
was going to swear that the Roanes did part of the shooting
just to see what they would say; and further tended to sup-

port the defendants' testimony as to certain circumstances mentioned therein.

*Jones & Bowden, C. L. Bass* and *R. A. E. Hamby,* for plaintiffs in error.   *Howard Thompson, solicitor-general,* and *F. M. Johnson,* contra.